DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Simpson<br><br>Case Below:<br>Halifax County<br>Superior Court | No. 043A93-3 | Def's PWC to Review Rockingham County Superior Court | Denied<br>01/19/06 |
| State v. Sinclair<br><br>Case Below:<br>174 N.C. App. 841 | No. 718P05 | Def's NOA Based Upon a Constitutional Question (COA05-483) | Dismissed ex mero motu<br>01/26/06 |
| State v. Smith<br><br>Case Below:<br>170 N.C. App. 437 | No. 580P05 | Def's Motion for PDR Pursuant to N.C.G.S. § 7A-31 (B) (1) (2) (COAP05-922, COAP05-866, COA03-1033) | Denied<br>01/26/06 |
| State v. Teaster<br><br>Case Below:<br>173 N.C. App. 643 | No. 623P05 | 1. Defendant's NOA Based Upon a Constitutional Question (COA04-1476)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br><br>2. Allowed<br>01/26/06<br><br>3. Denied<br>01/26/06 |
| State v. Thai<br><br>Case Below:<br>175 N.C. App. 249 | No. 007P06 | AG's Motion for Temporary Stay (COA05-347) | Allowed<br>01/10/05 |
| State v. Verrett<br><br>Case Below:<br>173 N.C. App. 643 | No. 633P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1713) | Denied<br>01/26/06 |
| State v. Walker<br><br>Case Below:<br>167 N.C. App. 110 | No. 016P05-2 | AG's Motion for Temporary Stay (COA03-1426) | Allowed<br>08/26/05 |
| State v. Windley<br><br>Case Below:<br>173 N.C. App. 187 | No. 259P05 | 1. Def's PWC (COA04-588)<br><br>2. AG's Motion for Temporary Stay<br><br><br><br><br><br><br><br>3. AG's Petition for Writ of Supersedeas<br><br>4. AG's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>01/26/06<br><br>2. Allowed<br>Pending<br>Determination<br>of the State's<br>PDR<br>**09/26/05**<br>360 N.C. 77<br>Stay Dissolved<br>**01/26/06**<br><br>3. Denied<br>01/26/06<br><br>4. Denied<br>01/26/06 |